UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JOSE CARLOS DE LA ROSA-LOPEZ,

          Defendant.

Case No. 2:22-cr-00106-APG-NJK-1

ORDER TEMPORARILY UNSEALING TRANSCRIPT

Upon the request of MARK D. EIBERT, and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 2/13/2024, ECF 181, Motion Hearing.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to MARK D. EIBERT.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this 24th day of September, 2024.

_____
ANDREW P. GORDON
U.S. District Judge