UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JOSE CARLOS DE LA ROSA LOPEZ,<br><br>    Defendants | Case No.: 2:22-cr-00106-APG-DJA<br><br>**Notice of Receipt of Letter and Order for Defendant's Counsel to Forward Order** |

I received the attached letter from defendant de la Rosa Lopez. He states that he has not been told the status of his motion for a reduction of sentence (ECF No. 245). I denied that motion on March 13, 2025. ECF No. 248.

I HEREBY ORDER de la Rosa Lopez's counsel, Nisha Brooks-Whittington, to forward to de la Rosa Lopez copies of this Notice and my March 13, 2025 order denying his motion.

DATED this 1st day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

JOSE CARLOS DE LA ROSA LOPEZ
Reg. Number : 99415-509
FCI-Lompoc Low II
3901 Klein Blvd.
Lompoc, Ca. 93436-2706

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

JOSE CARLOS DE LA ROSA LOPEZ           (
           Petitioner.                 (   Case No. : 2:22-CR-00106-APG
                                       (
V.                                     (   LETTER REQUESTING STATUS OF
                                       (   MOTION FOR REDUCTION OF SENTENCE
UNITED STATES OF AMERICA               (   UNDER § 3582 (c)(2)
           Respondent.                 (

Comes now Jose Carlos de la Rosa Lopez the Defendant Petitione, Acting Pro Se in this Action, moving this Honorable Court in order to Find out the "Status" of the filed Motion for Reduction of Sentence Pursuant to 18 U.S.C. (c)(2) in Light of Retroactive Effect of Amendment 821 Zero Points Offender. Than this Petitioner filed on February 05, 2025. See copy Attached.

Its being 09 months and this Petitioner has NO idea of any Court Disposition/Order on the Matter.

Therefore, the Petitioner humble request to this Honorable Court to GRANT a "Status" order on the Matter in order for petitioner to understad the delay on the request.

I aprecious your comprehension and Tank you for Your Attention and Time to this Matter.

Date on November, 17, 2025.

Respectfully Submitted

*Jose Carlos de la Rosa Lopez*
JOSE CARLOS DE LA ROSA LOPEZ
Pro. Se.

JOSE CARLOS DE LA ROSA LOPEZ
Reg. Number : 99415-509
FCI-Lompoc Low II
3901 Klein Blvd.
Lompoc, CA. 93436-2706

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

JOSE CARLOS DE LA ROSA LOPEZ
    Petitioner.

V.

UNITED STATES OF AMERICA
    Respondent.

Case No.: 2:22-CR-00106-APG

---

**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. 3582 (c)(2) IN LIGHT OF RETROACTIVE EFFECT OF AMENDMENT 821 ZERO POINTS OFFENDER / CRIMINAL HISTORY**

---

Comes now, Petitioner JOSE CARLOS DE LA ROSA L. Acting Pro-Se in necesity, requesting Liberal Construction to this Honorable Court when he ask for Reduction of his Sentence in the Criminal case mentioned above, in Light of the Retroactive Effect of Amendment 821.

On August, 24, 2023,. The United States Sentencing Commission-Unanimously agreed to the retroactive application of Amendment 821 for Criminal History and Zero Points Offenders. The proposed Amendment also provides a new range for sentencing proceeding and ente--ring orders, reduccing the Defendant's term of Imprisonment; has an effect on November 1st. 2023.

In Light of the aforermentioned synopsis, the Petitioner JOSE CARLOS DE LA ROSA L. humbly comes before this Court requesting -- retroactive affect application of Amendment 821 as he meets the -- criteria therein, in support thereof, he states the following :

B A C K G R O U N D:

On May, 04, 2022, Petitioner was arrested due to a -- pending warrant on him for the alleged of 21 U.S.C. § 841 and 846, 18 U.S.C. § 1956 and 3231.

After a Plea Agreement, Petitioner receive a Sentence of __120__ months followed by __5__ years of probation.

Petitioner has no previews record, and was sentenced under -- Category I from the Guidelines that the Honorable Judge utilized as reference.

1

The original sentence determination has a Criminal History category I, the __120__ months belong to the Low - End of Level __31__ of the advisory guidelines that the Honorable Judge utilized.

Petitioner Request for Reduction of Sentence, based on the analisys of the criteria determined by the Congress in Part C of the mentioned Amendment "ADJUSTMENT FOR CERTAIN ZERO - POINTS OFFENDERS" § 4C1.1.

(a) Adjustment if the defendant meets all of the following criteria :

1.- The defendant did not receive any Criminal History points from chapter Four, part A; Response: NO

2.- The defendant did not receive an adjustment under § 3A1.4; Response: NO

3.- The defendant did no use violence or credible threats of violence in connection with the offense; Response: NO

4.- The offense did not result in death or serious body injury; Response: NO

5.- The instant offense of conviction is not a sex offense; Response: NO

6.- The defendant did not personally cause substantial financial hardship; Response: NO

7.- The defendant did no possess, receive, purcharse, transport, transfer, sell or otherwise dispose of a firearm or other dangerous weapon (or induce other participant to do so) in connection with the offense; Response: NO

8.- The instant offense of conviction is not covered by § 2H1.1 (Individual Rights); Response: NO

9.- The defendant did not receive an adjustment under § 3b1.1 (aggravating role) and was not engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; Response: NO

* Decrease the offense Level Determined under chapters Two and Three by 2 Levels.

Here, Petitioner meets all the criteria for analisys under the new § 4C1.1.

2

Section 3582 (c)(2) of Title 18, United States Code, provides that "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. Section 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the Court may reduce the term of imprisonment, after considering the factors set for in section 3553 (a) to extend that they are applicable, if such reduction is consistent with applicable policy statements issue by the Sentencing Commission. "If the Commission reduce the term of imprisonment recommended in the Guidelines applicable to a particular Offense or Category or Offenses, it shall specify in what circunmstances and by what amount the Sentences of Prisioners serving terms of imprisonment for the offense may be reduced.".

This Criminal History / Zero Points Offender Amendment has the effect of lowering guidelines range, the Commission intends to consider whether, pursuant to 18 U.S.C. 3582 (c)(2) and 28 U.S.C. 994 (u) parts A and B of this Amendment, relating to the "status points" at §4A1.1 (Criminal History Category) and Offenders with Zero Criminal History points at new § $C1.1 (Adjustment for Zero Points Offenders) was included in subsection (d) of § 1B1.10 (Reduction in Term of Imprisonment as a result of Amendment Guideline Range [ Policy Statement ] as a Amendment to be applied Retroactively to previous sentence defendants.

Factors to consider set for in section 3553 (a), "Rehabilitation".

Petitioner has taken advantage of every prison rehabilitation program, wothy of recognition and considerable for this sentencing reduction request. See attachment Prision Program Review.

Petitioner allredy received FSA time credits for his earned days due to the programing, Clear Conduct, Low Clasification and Minimum Residivism.

In the case of the petitioner, under the factors set for in 3553 (a), defendant alleged role in the Underlying Offense, does not pose any threat to public safety, petitioner's case is not one violent nature.

Analysis on 2 (two) points Reduction / Decrease for Zero Points Offender.

Petitioner original sentence determination has a Criminal History Category I, __120__ months which is almost the Low Range of Level __31__ if the 2 points reduction is applied, petitioner should be almost at the Low End of Level __29__ which result in a new term of __99__ months, respecting the same difference of the bottom Low Level.

3

* Original sentence serve to this date : **32 months**

* Good time earned for the resentencing : **17 months**

* FSA time credit already applied to petitioner : **N/A**

Under the discretion of the Honorable Judge, the Court makes two determinations deciding whether or not to modify a sentence -- under 18 U.S.C. 3582 (c)(2). First, what sentence would have been imposed had retroactive Amendment been in effect at the time the defendant was sentenced, Second, leaving untouched all the others previous factual decisions concerning the particularized sentencing range at the time of the original sentence. See U.S. V. Wyatt, 115 F.3d.606,609 (8th Circ.).

## C O N C L U S I O N

Wherefore, for the above mentioned reasons, Petitioner is entitled to a Reduction of Sentence, Petitioner Prays that this Honorable Court GRANT him this Motion for Reduction of Sentence Under Amendment 821.

Date on : __February__ , _05_ , _2025_ .

Respectfully Submitted.

*Jose Carlos de la Rosa Lopez*
JOSE CARLOS DE LA ROSA LOPEZ
Pro. Se.

4